

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

**BY ECF**  November 20, 2014

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

              Re:    *Conti v. United States Department of Homeland Security*, No. 12-cv-5827-AT

Dear Judge Torres:

      This Office represents the United States Department of Homeland Security ("DHS" or the "Government"), the Defendant in the above-captioned FOIA litigation. We write respectfully and on behalf of all parties pursuant to the Court's order dated October 22, 2014, directing the submission of a joint status report no later than November 21, 2014. *See* Dkt. No. 64.

      The parties jointly report that it appears that this matter has been resolved by settlement, and the relevant agreement and appropriate dismissal are being drafted. While the parties anticipate that a dismissal will be filed imminently, we respectfully request the Court's permission to file a further status report no later than December 22, 2014, if the parties have not filed a stipulation of dismissal by that date. We thank the Court for its consideration of this matter.

                            Respectfully,
                            PREET BHARARA
                            United States Attorney

          By:    */s/ Rebecca S. Tinio*
                  REBECCA S. TINIO
                  Assistant United States Attorney
                  86 Chambers Street, 3rd Floor
                  New York, New York 10007
                  Tel.    (212) 637-2774
                  Fax   (212) 637-2702

cc (via ECF and email):   Joel M. Ferdinand, Esq.